UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACIE FARMER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LVTICKETS 99, LLC dba TIX4VEGAS, a Nevada Limited Liability Company; TIX CORP. dba TIX4VEGAS, a Nevada Corporation; BLACK STAR INVESTMENTS dba TIX4VEGAS, a Nevada Limited Liability Company; RED MERCURY ENTERTAINMENT, LLC dba TIX4VEGAS, a Nevada Limited Liability Company; TIX4, INC., a Nevada Corporation,<br><br>　　　　　Defendants. | Case No.:　2:25-cv-02373-CDS-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

　　　　Plaintiff, Tracie Farmer ("Plaintiff"), and Defendants, LVTickets 99 LLC, Tix Corp., Black Star Investments, LLC, and Red Mercury Entertainment, LLC (collectively "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint by fourteen (14) days, to January 19, 2026.

　　　　This stipulation is submitted pursuant to LR IA 6-1. Good cause exists for the requested extension, as counsel for Defendants seeks additional time to investigate the newly asserted allegations set forth in the First Amended Complaint.

///

1

327374606V.1

1     This is the parties' first request for an extension of the foregoing deadline.

3     DATED this 5th day of January, 2026.

                                                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                                    BY: */s/ Chad C. Butterfield*
                                                             Chad C. Butterfield, Esq.
                                                              Nevada Bar No. 10532
                                                              6689 Las Vegas Blvd. South, Suite 200
                                                              Las Vegas, Nevada 89119
                                                               *Attorneys for Defendants*
                                                               *LVTickets 99, LLC, Tix Corp.,*
                                                               *Black Star Investments, and*
                                                              *Red Mercury Entertainment, LLC*

12     DATED this 5th day of January, 2026.

                                                  **GREENBERG GROSS LLP**

                                                    BY: */s/ Michael A. Burnette*
                                                               Jemma E. Dunn, Esq.
                                                              Nevada Bar No. 16229
                                                              Matthew T. Hale
                                                              Nevada Bar No. 16880
                                                              Michael A. Burnette
                                                               Nevada Bar No. 16210
                                                               1980 Festival Plaza Drive, Suite 730
                                                               Las Vegas, Nevada 89135
                                                              *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
United States Magistrate Judge
Nancy J. Koppe

327374606V.1