**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACIE FARMER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LVTICKETS 99, LLC dba TIX4VEGAS; TIX CORP. dba TIX4VEGAS; BLACK STAR INVESTMENTS dba TIX4VEGAS; RED MERCURY ENTERTAINMENT, LLC dba TIX4VEGAS; TIX4, INC.; a Nevada Corporation<br><br>Defendants. | Case No.: 2:25-cv-02373-CDS-NJK<br>**ORDER GRANTING STIPULATION TO WAIVE SERVICE AND SET RESPONSIVE PLEADING DEADLINE FOR TIX4, INC.** |

Plaintiff Tracie Farmer ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant Tix4, Inc. ("Tix4, Inc."), by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree as follows:

1.  Tix4, Inc. hereby waives service of summons and the First Amended Complaint filed on

-1-

December 22, 2025 pursuant to Federal Rule of Civil Procedure 4(d).

2. The deadline for Tix4, Inc. to file a responsive pleading to Plaintiff's First Amended Complaint shall be January 19, 2026, consistent with the deadline previously established for Defendants LVTickets 99, LLC, Tix Corp., Black Star Investments, LLC, and Red Mercury Entertainment, LLC. [ECF No. 14].

3. By executing this Stipulation, Tix4, Inc. does not waive any defenses or objections to the lawsuit, the Court's jurisdiction, or venue, but waives only any objections to the absence of or defects in service of summons.

4. This Stipulation is entered into in good faith to promote judicial efficiency and conserve the parties' resources.

Dated this 13th day of January, 2026.

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

/s/ Chad C. Butterfield
CHAD C. BUTTERFIELD
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

*Attorney for Defendants*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 14, 2026

-2-